UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RODRIGUEZ,<br><br>                                    Plaintiff,<br><br>v.<br><br>ALTER ECO AMERICAS, INC.,<br><br>                                    Defendant. | Case No.:  23cv0053-L-MDD<br><br>**ORDER OF DISMISSAL** |

Pending before the Court is Plaintiff's notice of dismissal (ECF no. 6). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  April 5, 2023

Hon. M. James Lorenz
United States District Judge

1